UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61801-CIV-DIMITROULEAS

CESAR MONELUS,
and others similarly situated,

Magistrate Judge Rosenbaum

 Plaintiff,

vs.

TOCODRIAN, INC.
d/b/a SUN FISH GRILL,

 Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION;**
**GRANTING MOTION IN PART**

THIS CAUSE is before the Court upon the Report and Recommendation issued by

Magistrate Judge Rosenbaum on March 31, 2009. [DE-48].

The Court notes that no objections to the Reports have been filed, and the time for filing

such objections has passed.  As no timely objections were filed, the Magistrate Judge's factual

findings in the Report and Recommendation are hereby adopted and deemed incorporated into

this opinion.  LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S.

958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  Although no

timely objections were filed, the Court has conducted a de novo review of the Report, and is

otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1) The Report and Recommendation [DE-48] is hereby **ADOPTED**.

2) Defendant's Verified Motion to Tax Costs [DE-44] is hereby **GRANTED IN PART**

**AND DENIED IN PART**.

3) Plaintiff is **ORDERED** to pay Defendant's costs in the amount of $1074.64, plus post-judgment interest at the rate of 0.50%, accruing as of December 16, 2008, the date of the original Final Judgment for Defendant [DE-41].

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of April, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Rosenbaum

Cesar Monelus, pro se
5962 N.W. 20th Street
Lauderhill, FL 33308

Sloan Carr, Esq.
Chris Kleppin, Esq.